```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

LISA BALLIET,                          )
                                       )
        Plaintiff                    )
                                       )
    v.                               )   Civil Action
                                       )   No. 11-cv-05394
SCOTT'S AUTO SERVICE, INC.,            )
SCOTT'S COLLISION CENTERS, INC., and   )
SCOTT DEWALT,                          )
                                       )
        Defendants                   )

## O R D E R

NOW, this 29th day of March, 2013, upon consideration of the following documents:

    (1) Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) filed by defendants on November 14, 2011, together with

        (A) Exhibit, United States Equal Opportunity Commission Notice of Charge of Discrimination, EEOC Charge No. 530-2010-03074, filed by Lisa Balliet on August 17, 2010; and

        (B) Brief in Support of Defendants' Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6);

    (2) Plaintiff's Answer to Defendants' Motion to Dismiss, which answer was filed November 21, 2011; and

    (3) Complaint filed by plaintiff on August 26, 2011;

and for the reasons expressed in the accompanying Opinion,

    IT IS ORDERED that the within motion is denied.

                                         BY THE COURT:


                                         /s/ JAMES KNOLL GARDNER
                                         James Knoll Gardner
                                         United States District Judge