LISA BALLIET,                          )
                                       )
            Plaintiff                  )
                                       )
      v.                               )    Civil Action
                                       )    No. 11-cv-05394
SCOTT'S AUTO SERVICE, INC.,            )
SCOTT'S COLLISION CENTERS, INC., and   )
SCOTT DEWALT,                          )
                                       )
            Defendants                 )

## **O R D E R**

NOW, this 29th day of March, 2013, upon consideration

of the following documents:

> (1)  Motion to Dismiss Pursuant to Fed.R.Civ.P.
>      12(b)(6) filed by defendants on November 14, 2011,
>      together with
>
>      (A)  Exhibit, United States Equal Opportunity
>           Commission Notice of Charge of Discrim-
>           ination, EEOC Charge No. 530-2010-03074,
>           filed by Lisa Balliet on August 17, 2010; and
>
>      (B)  Brief in Support of Defendants' Motion to
>           Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6);
>
> (2)  Plaintiff's Answer to Defendants' Motion to
>      Dismiss, which answer was filed November 21, 2011;
>      and
>
> (3)  Complaint filed by plaintiff on August 26, 2011;

and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that the within motion is denied.


                              BY THE COURT:


                              /s/ JAMES KNOLL GARDNER
                              James Knoll Gardner
                              United States District Judge